54 F.3d 769
 David Rubino
v.
James Alberts, Commissioner, Beaver County, Roger J. Javens,
John Antoline, Peter Steege, Trial Judge Beaver County,
Theresa Ferris-Dukovich, District Attorney Beaver County,
Frank Policaro, Sheriff Beaver County, Domenic Teny, Warden
Beaver County, Edward Colonna, Director, Probation-Parole
Beaver County, Richard Tomcimak, Controller Beaver County
 NOS. 94-3546, 94-3576
 United States Court of Appeals,
Third Circuit.
 Apr 04, 1995
 
 Appeal From: W.D.Pa., No. 94-cv-00230,
 McCune, J.
 
 
 1
 AFFIRMED.